Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

_____
Plaintiff,
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

Stephanie Hunter

v.

Laboratory Corporation of America

_____
Defendant(s),
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 2:19-CV-904-AKK
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff**

   | | |
   |---|---|
   | Name | Stephanie Hunter |
   | Street Address | 170 Chandler Field Drive |
   | City and County | Covington |
   | State and Zip Code | GA, 30016 |
   | Telephone Number | 404-573-1691 |
   | E-mail Address *(if known)* | Shunter143@gmail.com |

   ☑ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

Date: 6/10/19

Participant Signature: S.H.

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Chauncey Harris
Job or Title *(if known)*: Supervisor
Street Address: 1801 1st Ave South
City and County: Birmingham
State and Zip Code: AL, 35233
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 2

Name: Shawn Sparks
Job or Title *(if known)*: Lead
Street Address: 1801 1st Ave South
City and County: Birmingham
State and Zip Code: AL, 35233
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 3

Name: Theresa Burke
Job or Title *(if known)*: HR Manager
Street Address: 1801 1st Ave South
City and County: Birmingham
State and Zip Code: AL, 35233
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 4
- Name: Lynn Metcalf
- Job or Title (if known): Manager
- Street Address: 1801 1st Ave South
- City and County: Brmingham
- State and Zip Code: AL, 35233
- Telephone Number:
- E-mail Address (if known):

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

- Name: Labcorp
- Street Address: 1801 1st Ave South
- City and County: Birmingham
- State and Zip Code: AL, 35233
- Telephone Number: 205-581-3500

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
_____Sexual Harrassment / Assault_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☐ Termination of my employment

☐ Failure to promote me

☑ Failure to accommodate my disability

☑ Unequal terms and conditions of my employment

☑ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s):
_____
_____

C. I believe that defendant(s) *(check one)*:
☑ is/are still committing these acts against me
☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race  *Racial insults from Shawn Sparks*

☐ color

☑ gender/sex  *Assaulted and Physically touched by Chauncey Harris*

☐ religion

☐ national origin

☐ age (year of birth) _____
*(only when asserting a claim of age discrimination)*

From: Theresa Burke Lynn Metcalf

☑ disability or perceived disability *(specify disability)* *being forced to work (Multiple Sclerosis) in a hostile environment, refusing disability accomodation Request*

E. The facts of my case are as follows. Attach additional pages if needed. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the court to order to be financially awarded - amount to be determined with the assistance of an attorney for the medical bills, financial losses and intentional acts resulting to counseling. The reason I claim entitlement to money damages is because I have endure these acts all in which the company policy is against.

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 6/10/19

Signature of Plaintiff: _____

Printed Name of Plaintiff: Stephanie Hunter

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 212-2100
FAX (205) 212-2105
Website: www.eeoc.gov

April 19, 2019

Dear Ms. Hunter,

      Thank you for your request regarding assistance in obtaining an attorney. The Commission has compiled a list of attorneys as an aid to individuals who have filed charges of discrimination with the Commission and desire legal representation. You will find attached the names of three attorneys who handle employment discrimination in northern Alabama.

      The Commission makes no representation regarding the quality of legal assistance that will be provided by any of the attorneys listed. While there may be some exceptions, attorneys have come to be listed here because they have requested to be listed on our referral panel or they have previously represented Charging Parties in proceedings before the Commission. The list does not contain every attorney who represents clients in employment discrimination matter. This is no significance to the order in which the attorneys are listed. We have no detailed background information available on any of these attorneys. Finally, the Commission will not recommend a single attorney over another and cannot assist individuals in paying attorney fees for their services.

      Based upon a Commission representative's conversation with you regarding your pending charges(s) of discrimination, I am advising you that you should now retain counsel and file a lawsuit in federal court to protect your rights under the statutes we enforce. You should already have received a notice of right to sue for the Commission and your suit must be filed within 90 days of your receipt of the Notice.

      I hope this information is helpful. If you have any additional questions, please do not hesitate to contact me.

                              Sincerely yours,

                              **Marsha L. Rucker**
                              Marsha L. Rucker
                              Regional Attorney

 Gmail                                                                                          **Gale hunter <shunter143@gmail.com>**

## A Message from the Morgan & Morgan Employee Rights Group
1 message

**Jennifer Rivera** <jenniferr@forthepeople.com>                                        Sat, May 4, 2019 at 9:46 AM
To: "shunter143@gmail.com" <shunter143@gmail.com>



Dear Stephanie Hunter

Thank you for your employment law inquiry. Unfortunately, after reviewing your potential case, we are unable to assist at this time. **However, this message only applies to your labor dispute claim, not to other pending claims you may have with our firm.** The corresponding departments will contact you separately and by their own protocol.

We advise you to seek the help of another lawyer. You may find the names of employment lawyers on the website of the National Employment Lawyers Association, www.nela.org, or by contacting your state or local bar association. Additionally, if you cannot afford to hire a lawyer you may find help through legal aid, www.lawhelp.org. If you decide to file a charge of discrimination with the Equal Employment Opportunity Commission (www.eeoc.gov) and receive a positive determination letter, you are welcome to resubmit your claim to our office for reconsideration. Please keep in mind that there are time limits when doing so.

We wish you the best in resolving your claims.

Sincerely,

Employment Law Dept.
Morgan & Morgan, P.A.
1-844-256-4522
www.forthepeople.com



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL  35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
Website: www.eeoc.gov

Stephanie Hunter
170 Chandler Field Drive
Covington, GA  30016

Charge Number: 846-2017-16154
Stephanie Hunter vs. Laboratory Corporation of America

Dear Ms. Hunter:

Upon review and consideration of the information gathered and based upon the investigation, we are unable to conclude that the information obtained establishes a violation of the statutes. Please find the Commission's determination in this matter. The determination will conclude our processing of this charge. You will still be able to pursue this matter in federal court. You will have 90 days from the date of your receipt of the dismissal and notice of rights to bring a private lawsuit against the Respondent.

If you have any questions or require additional information, do not hesitate to contact me by e-mail at Glenda.Muldrow@eeoc.gov or by telephone at (205) 212-2138.

Sincerely,

MAR 14 2019
Date Mailed

Glenda J. Muldrow, Investigator

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Stephanie Hunter<br>170 Chandler Field Drive<br>Covington, GA 30016 | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2017-16154 | Glenda J. Muldrow,<br>Investigator | (205) 212-2138 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Roshaunda Love Hm*     MAR 14 2019

**Bradley A. Anderson,**
**District Director**

Enclosures(s)     *(Date Mailed)*

cc: **Laboratory Corporation of America**
**c/o Maureen M. Zyglis, Counsel**
**Parker Poe Adams & Bernstein LLP**
**Post Office Box 389**
**Raleigh, NC 27601**

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Stephanie Hunter<br>170 Chandler Field Drive<br>Covington, GA 30016 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2019-01275 | **IRAN CRUZ,**<br>Investigator | (205) 212-2134 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

- **NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ *(signature)* for **BRADLEY A. ANDERSON,**
District Director

MAR 11 2019
*(Date Mailed)*

Enclosures(s)

cc:    **LAB CORP**
c/o Jennifer H. Dupuy, Attorney
531 South Spring Street
2nd Floor
Burlington, NC 27215

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2019-01275 |
|---|---|---|

null _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Stephaie Hunter | (404) 573-1691 | |

Street Address: 170 chandler field drive, COVINGTON, GA 30016

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| LAB CORP | | |

Street Address: 1801 1ST AVE SOUTH, BIRMINGHAM, AL 35233

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-01-2018    Latest: 01-21-2019
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a disabled person. I was hired by the above-named employer in November 2015, as a Phlebotomist.
I filed a charge of discrimination (846-2017-16154) based on race, Black, disability and retaliation on April 6, 2017, the charge is still pending. I am on Family Medical Leave Act (FMLA) intermittent. On December 19, 2018, I was placed on administrative leave with pay for an allegedly altercation until mid-January 2019, which I denied. When I was called back to return to work, Lynn Metcalf, Manager, gave me a write up for no reason, which I refused to sign. Ms. Metcalf informed me that if I do not sign the disciplinary action, I would be escorted out the building by the police. I left my work place, I returned the next day in which Ms. Metcalf asked me what are you doing here. I was sent home with pay.
I believe I was discriminated based on my disability and retaliated against for filing and EEOC charge of discrimination, in violation of the Americans with disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Stephaie Hunter on 02-25-2019 03:36 PM EST

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Jan/2018 - Current - I was removed from one hostile environment to be placed in another by manager Lynn Metcalf where she would refuse my time off request, force and overload me with work, Allow Harrassment and not having proper training for me by Lead Phillip Connor. Lynn Metcalf, Rebecca Holmes (Supervisor) and Phillip Connor would retaliate so severely every time I would make a report about whats being done to me, that my stress level would be so unbearable it would cause flare ups from the multiple Sclerosis I'm diagnose with.

Jan/2017 - I was assaulted and sexually Harrassed at work by my supervisor Chauncey Harris in the Propel Department

Feb/2017 - Theresa Burke has denied several transfer request made by me from where Chauncey Harris would continue the unwelcome Harrassment and retaliation. Along with manager Lynn Metcalf in the Propel Department

March/2017 - I was Racially insulted by the lead Shawn Sparks at work in the Propel Department

March-Dec/2017 - I was forced to remain in the Propel Department where intentional acts would take place which would include being singled out, humiliated, being refused my disability accomodation request by Chauncey Harris, Lynn Metcalf, Theresa Burke and Shawn Sparks