FILED
2019 Oct-15 PM 05:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

October 15, 2019

Case # 2:19-CV-00904-AKK

Dear Judge Abdul K. Kallon

FILED
2019 OCT 15 P 4:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

I plead not to dismiss my case. On Today I was able to view the documents in its entirety and what was recommend to me regarding obtaining an attorney, please allow me time to do so.

Since the traumatic events and still now trying to work to take care of my financial hardships has been difficult due to the Psychological harrassment from the defendants.

Sincerely,
Stephanie Hunter
S/H

170 Chandler Field Dr
Covington, GA 30016




# Birmingham Police Department
## CASE FIELD REPORT

CASE# 2017-00041471

### EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 3/1/2017  14:40 | Incident | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| 3/1/2017  14:40 | 03/01/2017  14:40 | 1801 1ST AV S<br>Birmingham, AL | S329 |

### OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Offender | HARRIS, CHAUNCEY | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | 35  40 | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| 02 Black | | M - Male | | | | | |
| DL NUMBER/STATE | | SSN<br>-- | | PRIMARY PHONE | | PHONE #2 | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Offender | UNKNOWN, CHARDONEY | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | 35  40 | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| 02 Black | | F - Female | | | | | |
| DL NUMBER/STATE | | SSN<br>-- | | PRIMARY PHONE | | PHONE #2 | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Victim | HUNTER, STEPHANIE | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| 6/17/1975  41 | | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| 02 Black | | F - Female | | | | | |
| DL NUMBER/STATE | | SSN<br>-- | | PRIMARY PHONE Cell Phone<br>(404)578-3189 | | PHONE #2 | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 03276 Graeber | 3/1/2017 | |

**Birmingham Police Department**
CASE
FIELD REPORT

CASE# **2017-00041471**

## NARRATIVE

VICTIM STATED THAT SHE WAS AFRAID FOR HER SAFETY. SHE STATED THAT SHE'S HAD AN ALTERCATION WITH BOTH OF THE LISTED SUSPECTS. SHE STATED THAT SUSPECT #1 KICKED HER, BUT HE TOLD HER THAT HE WAS PLAYING. SHE ALSO STATED THAT SUSPECT #2 THREATENED TO BEAT HER UP. SHE NEVER STATED THAT SHE WAS INJURED.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 03276 Graeber | 3/1/2017 | |

# Birmingham Police Department
## CASE SUPPLEMENT
## FIELD REPORT

CASE# 2017-00041471

## ADDITIONAL SUBJECTS

### SUBJECT
| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| Adult Offender | CONWELL, SHARNEY DANIELL | | | | |
| DOB / AGE or AGE RANGE | DECEASED | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| [redacted] | | [redacted] | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| 02 Black | F - Female | 5'4  5'4 | 162  162 | | Brown |
| DL NUMBER/STATE | SSN | PRIMARY PHONE | | PHONE #2 | |
| [redacted] | [redacted] | | | | |

### SUBJECT
| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| Adult Offender | HARRIS, CHAUNCEY | | | | |
| DOB / AGE or AGE RANGE | DECEASED | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| 09/21/1983 33 | | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| 02 Black | M - Male | | | | |
| DL NUMBER/STATE | SSN | PRIMARY PHONE Cell Phone | | PHONE #2 | |
| | -- | (205)260-2767 | | | |

### SUBJECT
(blank)

### SUBJECT
(blank)

### SUBJECT
(blank)

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 03816 Irish | 6/23/2017 | |

# Birmingham Police Department

CASE SUPPLEMENT
FIELD REPORT

CASE# 2017-00041471

## ADDITIONAL OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 13A-6-22<br>Assault 3rd Degree | 1 | C-Committed |
| 02 | 13A-11-8(a)(1)<br>Harassment (Harassment/Intimidation) | 1 | C-Committed |

OFFENSES

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 03816 Irish | 6/23/2017 | |

IO Supp  Page 1 OF 4

### Birmingham Police Department
**CASE SUPPLEMENT**  
**FIELD REPORT**  
CASE# **2017-00041471**

### NARRATIVE

ON 06/23/2017 STEPHANIE HUNTER STATED SHE WAS NOT ABLE TO SIGN WARRANTS ON CHAUNCEY HARRIS AND SHARNEY CONWELL BECAUSE WHEN SHE MADE HER ORIGINAL REPORT SHE DID NOT HAVE ALL THE INFORMATION ON THE TWO SUSPECTS.

MS. HUNTER STATED THAT 02/06/2017 SHE TRANSFERRED FROM LAB CORP IN ATLANTA TO THE LAB CORP IN BIRMINGHAM AND SINCE HER TRANSFER SHE HAS BEEN CONTINUOUSLY HARASSED BY SHARNEY CONWELL AND WHEN SHE REPORT THE INCIDENT TO HER SUPERVISOR, CHAUNCEY HARRIS HE WOULD BLOW IT OFF AND AVOID ADDRESSING THE SITUATION. MS. HUNTER WOULD CONSTANTLY ASK MR. HARRIS ABOUT ADDRESSING THE ISSUE BETWEEN HER AND MS. CONWELL HOWEVER NOTHING WAS BEING DONE.

ON 02/09/2017 WHILE STANDING AT HER WORK STATION, MS. HUNTER FELT HER RIGHT LEG BUCKLE IN AND WHEN SHE TURNED TO LOOK TO SEE WHO WAS BEHIND HER SHE SEEN MR. HARRIS WALKING AWAY FROM HER AND SHE COULD SEE WHAT APPEARED TO BE A WHITE FOOT PRINT ON THE BACK OF HER PANTS LEG.

MS. HUNTER STATED THAT SHE CONFRONTED MR. HARRIS ABOUT HIM KICKING THE BACK OF HER LEG, HE STATED " YOU WILL BE FIND, I WAS JUST PLAYING WITH YOU". AFTER THAT MS. HUNTER FELT THAT SHE HAD JUST BEEN VIOLATED AND WRONGED THAT SHE CALLED OFF OF WORK THE NEXT DAY. MS. HUNTER STATED THAT AFTER SHE WAS KICKED MY MR. HARRIS HE BEGAN CALLING HER VIA CELL PHONE AND ASK HER WHAT WOULD YOU DO IF SOMEBODY WAS TO SLAP YOU.

MS. HUNTER STATED THAT SHE REPORTED BOTH THE HARASSMENT AND THE INCIDENT THAT HAPPEN BETWEEN HER AND MR. HARRIS TO THE HUMAN RECOURSES DEPARTMENT AND ON 02/17/2017 DUE TO HER REPORTING THE INCIDENT MS. CONWELL THREATEN HER BY JUMPING IN HER FACE AS IF SHE WAS ABOUT TO HIT HER, SAYING "BITCH WHAT THE FUCK YOU WANNA DO?  I'LL BEAT YO ASS". MS. HUNTER STATED THAT TWO OTHER EMPLOYEE'S HAD TO RESTRAIN MS. COMWELL. MS. HUNTER THEN REPORTED THAT INCIDENT WAS GIVING TWO WEEKS PAID LEAVE.

AFTER MS. HUNTER RETURNED TO WORK FROM THE TWO WEEKS PAID LEAVE SHE STILL FELT LIKE SHE WAS IN A HOSTILE ENVIRONMENT AND CALLED TO MAKE HER ORIGINAL REPORT.

MS. HUNTER STATED THAT TILL THIS DAY SHE STILL FEELS THREATEN AND FEARS FOR HER SAFETY DUE TO NOTHING BEING DONE BY THE HUMAN RESOURCES

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 03816 Irish | 6/23/2017 | |

# Birmingham Police Department
CASE SUPPLEMENT
FIELD REPORT

CASE# **2017-00041471**

## NARRATIVE (continuation)

DEPARTMENT.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 03816 Irish | 6/23/2017 | |

IO Supp Page 4 OF 4